UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
MILAGROS LOPEZ,

                Plaintiff,                  **MEMORANDUM**

    - v -

                                                          CV-08-1871 (DGT)(VVP)

LIEUTENANT JAMES CAHILL, et al.,

                Defendants.
-------------------------------------------------------------------x

        The parties have submitted a Stipulation and Order of Confidentiality for the court's endorsement. A portion of the proposed order is problematic – specifically, the language in subsection (2) of the first numbered paragraph – because it contemplates that counsel may designate materials as confidential, and therefore subject to the order, without a showing of "good cause" as required by Rule 26(c). Accordingly, the court has declined to enter the order as written. Instead, the court has entered a modified version of the Stipulation and Order of Confidentiality which deletes the above described language. To the extent that a party wishes to enlarge the scope of the Order to include other documents or information, an application may be made to the court which describes the additional documents or other information with sufficient specificity to permit the court to determine whether they qualify for protection, and if the need for protection is not readily apparent from a description of the documents, a showing of good cause must accompany the application.

                                                                               SO ORDERED:

                                                                         *Viktor V. Pohorelsky*

                                                                      VIKTOR V. POHORELSKY
                                                                      United States Magistrate Judge

Dated:       Brooklyn, New York
               March 30, 2009