| | | | |
|---|---|---|---|
| BEFORE: | VIKTOR V. POHORELSKY<br>U.S. MAGISTRATE JUDGE | DATE:<br>START TIME:<br>END TIME: | 8/6/09<br>10:30 a.m.<br>11:15 a.m. |
| DOCKET NO. | CV-08-1871 | JUDGE: | DGT |

CASE NAME:   Lopez v. Joshua

## CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Pretrial/Settlement

APPEARANCES:   Plaintiff   Alan Levine

  Defendant   Afsaan Saleem; Gabriel Harvis

SCHEDULING AND RULINGS:

1. Discovery is closed.

2. A pretrial order was submitted, but the plaintiff's request for additional time to make changes was granted; a revised pretrial order is to be filed via ECF as a proposed pretrial order by August 20, 2009.

3. Settlement discussions were held, but the parties are far apart and a settlement was not reached. Should the views of the parties change regarding their settlement positions, they may contact chambers for a further settlement conference.

4. The case is now ready for trial.