UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MILAGROS LOPEZ,

                                                                                                                        08 CV 1871 (DGT) (VVP)

        Plaintiff,

- against -

P.O. MICHAEL H. JOSHUA, Tax Registry
No. 4856,

        Defendant.
-----------------------------------------------------------------X

## PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S OBJECTIONS TO DEFENDANT'S BILL OF COSTS

### PRELIMINARY STATEMENT

Plaintiff, MILAGROS LOPEZ, submits this memorandum of law in support of her objections to defendant, MICHAEL H. JOSHUA's, bill of costs in this action.

### ARGUMENT

Plaintiff's chief argument, as expressed in the accompanying objections, is that the court has already determined that defendant is not to have his costs in this action. Fed. R. Civ. P. 54(d) states, in pertinent part, that "[u]nless…a court order provides otherwise, costs…should be allowed to the prevailing party." As plaintiff points out in her objections to defendant's bill of costs, this court ordered that defendant not receive its costs in this action. Thus, its order does indeed provide "otherwise."

However, should it be determined that defendant is entitled to costs herein, plaintiff points out that she should not be required to pay the costs because they would work a great economic hardship on her. In Whitfield v. Scully, 241 F. 3d 264 (2d Cir.

1

2001), the court stated, at 270, that "costs may be denied because of...the losing party's limited financial resources."

This court is asked to exercise its discretion in denying costs to defendant because of plaintiff's parlous financial situation. As she points out in her affidavit in support of her objections, accompanied by one month's worth of check stubs, her gross monthly income does not even equal the amount of costs that defendant seeks from her. Her income is low enough for her to receive food stamps for herself and her family. Therefore, this court is respectfully urged to exercise its discretion and to deny defendant's bill of costs.

## CONCLUSION

For either of the reasons enumerated hereinabove, this court should deny defendant payment of his bill of costs.

Dated: Kew Gardens, New York
       May 17, 2010

Respectfully submitted,

_____
ALAN D. LEVINE, ESQ.
Attorney for Plaintiff
80-02 Kew Gardens Road, Suite 302
Kew Gardens, New York 11415
(718) 793-6363
Our File No: 2040

TO: MICHAEL A. CARDOZO, ESQ.
     Corporation Counsel
     100 Church Street
     New York, NY 10007
     (212) 788-9580

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MILAGROS LOPEZ,

                        Plaintiff,                    08 CV 1871 (DGT) (VVP)

    -against-                                AFFIDAVIT OF
                                                           SERVICE BY MAIL

P.O. MICHAEL H. JOSHUA, Tax Registry
No. 4856,

                        Defendant.
------------------------------------------------------------------X

STATE OF NEW YORK      )
                                  )ss:
COUNTY OF QUEENS       )

        JENNIFER L. BROSIUS, being duly sworn, deposes and says:

        Deponent is not a party to this action, is over 18 years of age, and resides in the County of Queens, City and State of New York.

        On May 17, 2010, deponent served the within PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S OBJECTIONS TO DEFENDANT'S BILL OF COSTS upon the below named attorney, at the address designated by said attorney for that purpose, by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

        MICHAEL A. CARDOZO, ESQ.
        Corporation Counsel
        100 Church Street
        New York, New York 10007

                                                          _____
                                                            JENNIFER L. BROSIUS

Sworn to before me this
17th day of May, 2010

_____
NOTARY PUBLIC

                ALAN D. LEVINE
           Notary Public, State of New York
                No. 31-4736230
           Qualified in New York County
        Commission Expires July 31, 2013

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MILAGROS LOPEZ,

        08 CV 1871 (DGT) (VVP)

        Plaintiff,

- against -

        OBJECTIONS TO
        DEFENDANT'S
P.O. MICHAEL H. JOSHUA, Tax Registry        BILL OF COSTS
No. 4856,

        Defendant.
------------------------------------------------------------X

    Plaintiff, MILAGROS LOPEZ, by her attorney ALAN D. LEVINE, hereby submits the following objections to defendant's bill of costs:

    1.    Defendant is not entitled to costs in this action. Annexed hereto as Exhibit "A" is a copy of the judgment in this action, signed by the clerk of this court. On that judgment, it is clearly stated that the court has ordered that the plaintiff recover nothing and that the action be dismissed on the merits. However, the pre-printed statement that the defendant recover costs from the plaintiff has been crossed out. Consequently, it is clear that, following the jury's verdict, this court ordered only that the plaintiff not recover anything and that the action be dismissed. The court specifically performed an act that has the effect of denying defendant his costs. Therefore, defendant's bill of costs must be rejected.

    2.    Even if this court were to somehow determine that the defendant is entitled to costs, he still should not have them. For, as plaintiff makes clear in her annexed affidavit and the exhibit annexed thereto, forcing her to pay the costs would

work a great economic hardship on her. As plaintiff's accompanying memorandum of law makes clear, there is precedent for denying the payment of costs on such grounds.

WHEREFORE, plaintiff's objections should be upheld and defendant should not have his costs in this action.

Dated: Kew Gardens, New York
       May 17, 2010

/s/ Alan D. L.

ALAN D. LEVINE, ESQ.
Attorney for Plaintiff
80-02 Kew Gardens Road
Suite 302
Kew Gardens, New York 11415
(718) 793-6363
Our File No. 2040

TO: MICHAEL A. CARDOZO
    Corporation Counsel
    Attorney for Defendant
    100 Church Street
    New York, New York 10007
    (212) 788-9580

AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Milagros Lopez ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 08-cv-1871 |
| Michael H. Joshua ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☑ the plaintiff recover nothing, the action be dismissed on the merits, ~~and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____~~.

☐ other:

This action was *(check one)*:

☑ tried by a jury with Judge Trager _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 4/13/10

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MILAGROS LOPEZ,

                          Plaintiff,

   - against -                                    08 CV 1871 (DGT) (VVP)

P.O. MICHAEL H. JOSHUA, Tax Registry          AFFIDAVIT
No. 4856,

                          Defendant.
-------------------------------------------------------------------X

STATE OF NEW YORK    )
                                  ss.:
COUNTY OF QUEENS    )

       MILAGROS LOPEZ, being duly sworn, deposes and says:

1.      I was the plaintiff in the above-referenced action. I make this affidavit in support of my objections to defendant's attempt to collect its costs in the action.

2.      Defendant seeks to collect the sum of $2,200.93 from me. This amount exceeds my gross monthly income, which is $2,160.00. I have annexed hereto as Exhibit "A" copies of pay stubs reflecting my gross monthly income as an independent contractor. My net income after payment of taxes is smaller. I am also a recipient of food stamps.

3.      It should be clear from the above that having to pay defendant's bill of costs would work a great hardship on me. Therefore, I am asking this Court to rule that I am not obligated to do so.

       WHEREFORE, plaintiff should be relieved of any obligation she may have to pay defendant's costs in this action.

                                                                       _____
                                                                     MILAGROS LOPEZ

Sworn to before me this
14th day of May      2010

_____
NOTARY PUBLIC  ALAN D. LEVINE
                   Notary Public, State of New York
                   No. 31-4736230
                 Qualified in New York County
               Commission Expires July 31, 2013

DATE:03/26/2010  CK#:910  TOTAL:$360.00*****  BANK:Operating Account(203k)
PAYEE:Milagros Lopez(milagros)

| Property | Account | Invoice - Date | Description | Amount |
|---|---|---|---|---|
| wb203k | 5312-0000 | april - 03/26/2010 | | 360.00 |
| | | | | 360.00 |

---

COMMUNITY IMPROVEMENT CORPORATION                                               313

| Ln# | Description | Invoice | Amount |
|---|---|---|---|
| 1 | MARCH 2010-217 WYCKOFF AVE | | 1,200.00 |
| 2 | MARCH 2010-217 WYCKOFF AVE | | -90.00 |

RIDGWOOD BUSHWICK SENIOR CITIZENS COUNCIL, INC.                                 107
AVENUE NYC 09/10

| Ln# | Description | Invoice | Amount |
|---|---|---|---|
| 1 | MARCH 2010-184 WYCKOFF AVE | | 240.00 |


"A"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MILAGROS LOPEZ,

                        Plaintiff,                    08 CV 1871 (DGT) (VVP)

    -against-                                  AFFIDAVIT OF
                                                SERVICE BY MAIL
P.O. MICHAEL H. JOSHUA, Tax Registry
No. 4856,

                        Defendant.
-----------------------------------------------------------------X

STATE OF NEW YORK      )
                               )ss:
COUNTY OF QUEENS     )

       JENNIFER L. BROSIUS, being duly sworn, deposes and says:

       Deponent is not a party to this action, is over 18 years of age, and resides in the County of Queens, City and State of New York.

       On May 17, 2010, deponent served the within OBJECTIONS TO DEFENDANT'S BILL OF COSTS upon the below named attorney, at the address designated by said attorney for that purpose, by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

       MICHAEL A. CARDOZO, ESQ.
       Corporation Counsel
       100 Church Street
       New York, New York 10007

                                                _____
                                                JENNIFER L. BROSIUS

Sworn to before me this
17th day of MAY 2010

_____
NOTARY PUBLIC

               ALAN D. LEVINE
          Notary Public, State of New York
                No. 31-4736230
        Qualified in New York County
      Commission Expires July 31, 2013